UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANITA ANDREWS and KEITH O'BRYANT,

    Plaintiffs,

v.

MIKE SCOTT, DEPUTY OFFICE BRANDON MARSHALL, SERGEANT ROBERT KIZZIRE, UNKNOWN LAW ENFORCEMENT OFFICERS and LEE COUNTY SHERIFF'S OFFICE,

    Defendants.

Case No: 2:14-cv-269-FtM-29CM

## ORDER

Before the Court is the parties' Joint Stipulation and Motion to Extend and Modify the Case Management and Scheduling Order (Doc. 33), filed on April 2, 2015. The parties request an extension of 60 days for all of the remaining[1] deadlines set forth in the Case Management and Scheduling Order (Doc. 19). Pursuant to Rule 6, Federal Rules of Civil Procedure, the Court may, for good cause, extend deadlines. Fed. R. Civ. P. 6(b)(1)(A). Although the Motion is unopposed, the parties do not specify the reasons why there is good cause for the Court to allow the 60-day

---

[1] The Court assumes the parties are requesting the extension as to all deadlines remaining as of the filing date of the Motion. In the renewed motion and any future motions for extensions of time, the parties should specify which deadlines they are seeking to extend.

extension. Thus, the Motion is denied without prejudice and may be refiled with additional details demonstrating good cause.

ACCORDINGLY, it is hereby

**ORDERED:**

The parties' Joint Stipulation and Motion to Extend and Modify the Case Management and Scheduling Order (Doc. 33) is **DENIED without prejudice**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 9th day of April, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record