UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANITA ANDREWS and KEITH
O'BRYANT,

      Plaintiffs,

v.                                     Case No:   2:14-cv-269-FtM-29CM

MIKE SCOTT, DEPUTY OFFICE
BRANDON MARSHALL,
SERGEANT ROBERT KIZZIRE,
UNKNOWN LAW
ENFORCEMENT OFFICERS and
LEE COUNTY SHERIFF'S
OFFICE,

      Defendants.

## ORDER

Before the Court is the parties' Joint Stipulation and Amended Motion of the Parties to Extend and Modify Case Management and Scheduling Order (Doc. 35), filed on April 10, 2015. The parties indicate that Plaintiff has been required to attend a CME on April 10, 2015.  Doc. 35 at 2.  The reports will not be rendered for several weeks and Plaintiff will need time to file its rebuttal.  *Id.*  The parties also are discussing mediation and are in the process of choosing a mediator.  *Id.*  As a result, the parties seek to extend the remaining[1] deadlines in this case by 60 days.  The Court finds good cause to grant the motion.

---

[1] The Court assumes the parties are requesting the extension as to all deadlines remaining as of the filing date of the Motion, including the deadline for the Plaintiff's disclosure of Expert Reports. In any future motions for extensions of time,

ACCORDINGLY, it is hereby

**ORDERED:**

1. The parties' Joint Stipulation and Amended Motion of the Parties to Extend and Modify Case Management and Scheduling Order (Doc. 35) is **GRANTED**.

2. The Clerk is directed to issue an amended case management and scheduling order, extending the remaining deadlines in this case by 60 days. All further directives set forth by the Court in its Case Management and Scheduling Order (Doc. 19) remain in effect.

**DONE** and **ORDERED** in Fort Myers, Florida on this 15th day of April, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record

---

the parties should specify which deadlines they are seeking to extend.