UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANITA ANDREWS and KEITH O'BRYANT,

    Plaintiffs,

v.   Case No: 2:14-cv-269-FtM-29CM

MIKE SCOTT, as Sheriff of Lee County Sheriff's Office, in his official capacity, DEPUTY OFFICER BRANDON MARSHALL, SERGEANT ROBERT KIZZIRE, individually and in his official capacity, UNKNOWN LAW ENFORCEMENT OFFICERS, as unnamed Law Enforcement Personnel of Lee County Sheriff's Office in their official capacities, and LEE COUNTY SHERIFF'S OFFICE,

    Defendants.

## ORDER

On August 18, 2015, the Court entered an Order (Doc. #54) directing defendants to notify the Court as to their position on plaintiffs' Motion for Voluntary Dismissal Without Prejudice (Doc. #53). On August 21, 2015, the parties filed a Joint Response to Court Order Re: Voluntary Dismissal (Doc. #55) agreeing to a voluntary dismissal with special conditions with regard to costs if the action is re-filed.

As the parties have stipulated to the dismissal without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the case may be dismissed without further order. To the extent that the parties wish to incorporate terms awarding a specific amount of negotiated costs to defendants if a new cause of action is filed, pursuant to Fed. R. Civ. P. 41(d), the Court will direct judgment incorporating the terms of the settlement.

Accordingly, it is now

**ORDERED AND ADJUDGED** that this case is **DISMISSED** without prejudice. If plaintiffs file a new action arising out of the same facts and occurrence, defendants will be awarded $9,000.00 as costs of the previous action pursuant to Fed. R. Civ. P. 41(d), without prejudice to defendants' right to seek recovery of the balance of costs incurred if defendants prevail in the newly filed action. The Clerk is directed to enter judgment accordingly, and close the file. The Clerk is further directed to terminate all previously scheduled deadlines and pending motions.

**DONE and ORDERED** at Fort Myers, Florida, this ___21st___ day of August, 2015.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record