UNITED STATED DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANITA ANDREWS and KEITH
O'BRYANT

    Plaintiffs,         Case No: 2:14-cv-269-FtM-29CM

v.

MIKE SCOTT, DEPUTY OFFICER
BRANDON MARSHALL, SERGEANT
ROBERT KIZZIRE, UNKNOWN
LAW ENFORCEMENT OFFICERS
and LEE COUNTY SHERIFF'S OFFICE

    Defendants.
_____/

## NOTICE OF CHANGE OF FIRM'S NAME AND
## REVISED NOTICE OF EMAIL DESIGNATION

NOTICE IS HEREBY GIVEN that the undersigned, counsel of record for Plaintiffs, ANITA ANDREWS and KEITH O'BRYANT, hereby gives Notice of Change of Firm's Name and Revised Notice of Email Designation pursuant to the Florida Rules of Judicial Administration, Rule 2.516 to this Court and all counsel effective immediately, as follows:

**RODERMAN & WHITE, LLC**
Trial Lawyers Building
633 Southeast 3rd Avenue, Suite 4R
Fort Lauderdale, FL 33301
Ph: (954) 761-8810
Ph: (561) 300-3173
Fax: (888) 246-9753
mail@rodermanwhite.com

*

*

*

*

*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 15th day of September, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Robert C. Shearman, Esq., Henderson, Franklin, Starnes & Holt, Post Office Box 280, Fort Myers, FL 33902; robert.anderson@henlaw.com.

On Behalf of the Plaintiffs

Roderman & White, LLC
633 SE 3RD Avenue
Suite 4R
Fort Lauderdale, FL 33301
Telephone: (954) 761-8810
Facsimile: (888) 246-9753
Primary email: mail@rodermanwhite.com

By: _/s/ Barry Roderman_____
    Barry Roderman, Esq.
    Fla. Bar No. 105637